UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18CR00295 AGF (JMB) |
| ) | |
| MARK VAN RONZELEN, ) | |
| ) | |
| Defendant, ) | |

**ENTRY OF APPEARANCE**

COMES NOW, John M. Lynch, of The Law Offices of John M. Lynch, LLC., and hereby enters his appearance on behalf of Defendant, Mark Van Ronzelen.

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC

 E/S   John M. Lynch
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, MO 63105
(314) 726-9999
(314) 726-9199 Facsimile
jlynch@lynchlawonline.com

*Attorney for Defendant Mark Van Ronzelen*

## Certificate of Service

      I hereby certify that on April 19, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jennifer Roy
Assistant United States Attorney
Thomas F. Eagleton Courthouse, 20th Floor
111 South Tenth Street
St. Louis, Missouri 63102

                                                        E/S   John M. Lynch